BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>RBS WASHINGTON BLVD., LLC, a California Limited Liability Company,<br><br>Defendant. | No. CV 09-0660 JL<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO: THE CLERK OF THE COURT AND DEFENDANT RBS WASHINGTON BLVD., LLC,:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference scheduled for July 29, 2009 be continued for thirty days.

Plaintiffs filed and served its First Amended Complaint in this matter on May 5, 2009. Defendant's answer in this matter will not be due until after the date of the scheduled Case

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Management Conference. The parties have also been engaged in settlement discussions and are attempting to able to settle this matter informally. Given these facts, Plaintiffs believe that the Case Management Conference should be continued for thirty days in order to allow Defendant to respond to the Complaint

The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: July 24, 2009

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation


          By:         /s/ *Concepción E. Lozano-Batista*
                  CONCEPCIÓN E. LOZANO-BATISTA
                  Attorneys for Plaintiffs

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference for 30 days, or as soon thereafter as a court date is available. In addition, the Court orders: Case Management Conference continued to September 23, 2009 @ 10:30 a.m.

Dated: 7/27/09

                                        /s/ James Larson
                                        Magistrate
                        United States ~~District Court~~ Judge

120057/538496

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001