1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   KRISTINA M. ZINNEN, Bar No. 245346
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
5  Telephone (510) 337-1001
   Facsimile  (510) 337-1023
6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 THE BOARD OF TRUSTEES, in their       ) No. CV 09-0660  JL
   capacities as Trustees of the CEMENT   )
12 MASONS HEALTH AND WELFARE TRUST )
   FUND FOR NORTHERN CALIFORNIA,         )
13 CEMENT MASONS PENSION TRUST FUND ) **EX PARTE APPLICATION FOR**
   FOR NORTHERN CALIFORNIA, CEMENT       ) **CONTINUANCE OF CASE**
14 MASONS VACATION/HOLIDAY TRUST         ) **MANAGEMENT CONFERENCE;**
   FUND FOR NORTHERN CALIFORNIA,         ) **(PROPOSED) ORDER**
15 CEMENT MASONS APPRENTICESHIP AND )
   TRAINING TRUST FUND FOR NORTHERN      )
16 CALIFORNIA,                           )
                                         )
17         Plaintiffs,                   )
                                         )
18     v.                                )
                                         )
19 RBS WASHINGTON BLVD., LLC, a California)
   Limited Liability Company,            )
20                                       )
           Defendant.                    )
21 _____ )

22
           **TO:  THE CLERK OF THE COURT AND DEFENDANT RBS WASHINGTON**
23
   **BLVD., LLC,:**
24
           Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case
25
   Management Conference scheduled for September 23, 2009 be continued for thirty days.
26
           Plaintiffs filed and served its First Amended Complaint in this matter on May 5, 2009.
27
   Since that time the parties have been engaged in settlement discussions and are attempting to able
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER, Case No. CV 09-0660 JL

to settle this matter informally. Plaintiff Trust Funds completed a revised audit of Defendant's records on August 25, 2009 and these results have been provided to Defendant for review. Defendant has indicated that there are additional revisions that need to be made to the audit to determine the final delinquencies due in to the Trust Funds. Plaintiffs have given Defendant until September 18, 2009 to produce any records that would show the amounts in the revised audit are incorrect. If no records are received by that date and no responsive pleading is filed, Plaintiffs will request that the default of Defendant be entered. Given these facts, Plaintiffs believe that the Case Management Conference should be continued for thirty days past September 23, 2009 to allow the parties additional time to resolve this matter.

The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: September 4, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Concepción E. Lozano-Batista*
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Plaintiffs

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference for 30 days, or as soon thereafter as a court date is available. In addition, the Court orders: The Case Management Conference has been continued to October 21, 2009 at 10:30 a.m.

Dated: September 8, 2009

MAGISTRATE JUDGE JAMES LARSON
United States District Court Judge

120057/543085

- 2 -
EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER, Case No. CV 09-0660 JL

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 4, 2009, I served upon the following parties in this action:

> Steven Sills
> 3100 Fite Circle, Suite 101
> Sacramento, CA 95827

copies of the document(s) described as:

> EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on September 4, 2009.

> //s//_____
> Karen Scott

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER, Case No. CV 09-0660 JL