BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001
Facsimile  (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>RBS WASHINGTON BLVD., LLC, a California Limited Liability Company,<br><br>        Defendant. | No. CV 09-0660 WHA<br><br>**[PROPOSED] JUDGMENT GRANTING PLAINTIFFS' LIQUIDATED DAMAGES AND INTEREST** |

This Court issued its Order Granting Plaintiffs' Liquidated Damages and Interest against RBS WASHINGTON BLVD., LLC, a California Limited Liability Company (hereinafter "Defendant"), which was signed by the Honorable William H. Alsup and filed with the Court on January 19, 2010.  Said Order is attached hereto as Exhibit A.

/ / /

/ / /

/ / /

1   JUDGMENT IS HEREBY ENTERED AS FOLLOWS: Defendant is ordered to pay to
2   Plaintiffs liquidated damages n the amount of $300 and interest in the amount of $7,374.69.
3   DATED: February 16, 2010.



HONORABLE WILLIAM ALSUP
JUDGE OF THE DISTRICT COURT

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

[Proposed] Judgment Granting Plaintiffs' Liquidated Damages and Interest
Case No. CV 09-0660 WHA