United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiffs,

v.

RBS WASHINGTON BLVD, LLC, a California Limited Liability Company,

Defendant.
/

No. C 09-00660 WHA

**ORDER DENYING MOTION TO AMEND JUDGMENT**

Plaintiffs have filed a "motion to amend judgment," without noticing a hearing. They request that two past judgments — entered on January 8, 2010, and February 16, 2010, respectively — be consolidated into a single (new) judgment. Plaintiffs' proposed amended judgment also includes language copied from the order granting their motion for default judgment dated January 8, 2010. Plaintiffs give no explanation for why they failed to notice a hearing for their motion, or, more importantly, why they are entitled to the entry of an amended judgment at

this late date. They seek nothing more than what a past order and two prior judgments provide. Motion **DENIED**.

**IT IS SO ORDERED.**

Dated: January 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE